UNITED STATES DISTRICT COURT
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Petitioner | : | |
| v. | : | Civil 3:11-mc-00083-MRK |
| RONALD NEUBIG, | : | |
|     Respondent. | : | |
| | : | |

ENFORCEMENT ORDER AND JUDGEMENT

This matter having come on for hearing before the undersigned on July 25, 2011, pursuant to the Court's Order to Show Cause, the respondent, Ronald Neubig, having appeared and been heard, and it appearing that the summons issued by Revenue Office Christopher J. Gust, was served on the respondent, Ronald Neubig, on October 22, 2010, by abode service at his last and usual place of adobe, (1) was issued for a legitimate purpose, that is, the investigation of correct federal income tax liability of Ronald Neubig, for the tax periods ending December 31, 2004; December 31, 2006; December 31, 2007; December 31, 2008 and December 31, 2009; (2) that the summoned testimony and data may be relevant to that determination; (3) that that testimony and all other data sought are not already in the possession of the Internal Revenue Service; and (4) that the administrative steps required by the Internal Revenue Code have been followed, it is therefore

ORDERED, ADJUDGED AND DECREED that the respondent, Ronald Neubig, appear before Revenue Officer John David Parducci, or his designated representative, at __10__ a.m./p.m., on __August 15,__, __2011__ at the Offices of the Internal Revenue Service located at 15 Court Street, 5th Floor, New Haven CT, then and there to be sworn, to give testimony, and to produce the books, records, papers, and other data as demanded by the summons served on the respondent, Ronald Neubig, by abode service on October 22, 2010, for examination and for

1

copying by photographic and other mechanical means of reproduction, with such examination and copying to continue from day to day until completed.

It is further ORDERED that a copy of his Enforcement Order and Judgment be served by the United States Marshal's Service or otherwise in accordance with Rule 4(c)(2) Federal Rules of Civil Procedure on Ronald Neubig on or before __July 25_____, 2011.

DONE AND ORDERED this 25th day of July, 2011, at New Haven, Connecticut.

/s/ Mark R. Kravitz

MARK R. KRAVITZ
UNITED STATES DISTRICT COURT JUDGE